JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALFONSO ARANDA,

             Petitioner,

     v.

GAVIN NEWSOM, et al.,

            Respondents.

Case No. 2:21-cv-04958-MCS (AFM)

**JUDGMENT**

    In accordance with the Order Dismissing Petition,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: July 30, 2021

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE